UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHELLE C. GABLE,

                Plaintiff,

  v.

WASHINGTON CORRECTIONS
CENTER FOR WOMEN (WCCW) et al,

                Defendants.

Case No. 3:18-cv-05266-RBL-TLF

ORDER DIRECTING PLAINTIFF TO COMPLY WITH LCR 5

Plaintiff is a state prisoner proceeding *pro se* in this civil rights action. The Court, having reviewed plaintiff's Motion to Seal Record, *see* Dkt. 24, finds that the motion fails to comply with the Court's Local Rule LCR 5. The Court hereby directs the plaintiff to comply with Local Rule LCR 5(g)(3). Plaintiff must provide the Court with the relevant documents in accordance with Local Rule LCR 5 on or before July 20, 2018.

If the plaintiff has met and conferred with opposing counsel, but has not yet filed the certification, then the plaintiff shall submit the certification. Plaintiff also shall supplement the motion with the reasons why sealing is warranted and which specific items the plaintiff wishes to seal, and if redactions are appropriate rather than a complete sealing of particular documents, on or before July 20, 2018. Local Rule LCR 5.

**APPLICABLE LAW**

Under the Local Rules of the United States District Court for the Western District of Washington, a Motion to Seal Record must include "a certification that the party has met and

ORDER DIRECTING PLAINTIFF TO COMPLY WITH
LCR 5 - 1

conferred with all other parties in an attempt to reach agreement on the need to file the document under seal…." Local Rule LCR 5. The motion must also include "a specific statement of the applicable legal standard and the reasons for keeping a document under seal…." *Id.* Before sealing documents, the Court is required to consider the First Amendment and the common law right of access for the public to have open and transparent proceedings in the United States District Court. *United States v. Doe,* 870 F.3d 991, 996-997 (9th Cir. 2017).

It is therefore **ORDERED**:

(1) Plaintiff shall submit the necessary documents to supplement her motion to seal (Dkt. 24), **on or before July 20, 2018**. The documents shall comply with the Court's Local Rules, particularly Local Rule LCR 5, before the Court will consider plaintiff's motion. If plaintiff fails to comply with those rules, the Court will deny the motion without prejudice, and plaintiff will be allowed to raise the motion later as long as the Court's Local Rules are complied with.

(2) The Clerk is directed to re-note plaintiff's motion to seal (Dkt. 24) for **August 3, 2018**, and to send a copy of this Order to plaintiff and to counsel for defendants.

Dated this 22nd day of June, 2018.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge