UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHELLE C. GABLE,

        Plaintiff,

v.

WASHINGTON CORRECTIONS CENTER FOR WOMEN, et al,

        Defendants.

Case No. 3:18-cv-05266-RBL-TLF

ORDER

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     plaintiff's motion for TRO/preliminary injunction (Dkt. 7) and emergency motion for TRO/preliminary injunction (Dkt. 12) are DENIED; and

(2)     the Report and Recommendation is ADOPTED.

Dated this 24th day of July, 2018.

Ronald B. Leighton
United States District Judge

ORDER - 1