UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHELLE C. GABLE,

                     Plaintiff,

    v.

WASHINGTON CORRECTIONS CENTER FOR WOMEN, et al,

                     Defendants.

No. 3:18-cv-05266-RBL-TLF

ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

This matter comes before the Court on plaintiff's motion for leave to file an amended complaint. Dkt. 46. Having considered the motion, the Court finds it should be denied.

Although "a motion to amend should be freely granted when justice requires, . . . [t]he decision to grant such a motion . . . is entrusted to the discretion of the trial court." *Barrett v. Indep. Order of Foresters*, 625 F.2d 73, 75 (5th Cir. 1980); Federal Rule of Civil Procedure ("FRCP") 15(a)(2).

Plaintiff states she seeks leave to file an amended complaint, "adding the medical and other supporting documentation that was not available" when she filed her complaint. Dkt. 46, p. 1. Plaintiff has attached a number of exhibits containing medical and mental health treatment records and documentation, and certain other records and documents, but has not submitted a proposed amended complaint. *Id.* at pp. 2-63. The United States District Court for the Western

ORDER - 1

District of Washington Local Civil Rule (LCR) 15 requires a copy of the proposed amended pleading to be attached as an exhibit.

Because plaintiff did not attach a copy of the proposed amended complaint, her motion is deficient. Plaintiff's motion for leave to file an amended complaint (Dkt. 46) is DENIED.

DATED this 5th day of November, 2018.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER - 2