HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHELLE C GABLE,

        Plaintiff,

   v.

WASHINGTON CORRECTIONS
CENTER FOR WOMEN, et al.,

        Defendants.

CASE NO. C18-5266RBL

ORDER

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. # 77]. The Court has reviewed Gable's Objections to the R & R [Dkt. # 78].

1. The Report and Recommendation is ADOPTED;

2. Defendants' Motion for Summary Judgment is GRANTED;

3. Gable's ADA damages claim is Dismissed with prejudice;

4. Gable's injunctive relief claims are Dismissed without prejudice;

5. Gable's Eighth Amendment § 1983 claims are Dismissed with prejudice;

6. The Court Declines to exercise supplemental jurisdiction over Gable's state law claims, and they are Dismissed without prejudice.

ORDER - 1

7. The matter is closed.

The Clerk shall send copies of this Order to Gable's last known address and to Magistrate Judge Fricke.

IT IS SO ORDERED.

Dated this 28th day of April, 2020.

Ronald B. Leighton
United States District Judge